UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JOHN M SINGLETON, ET AL.** | : | **CASE NO.  2:21-CV-03264** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **APACHE CORP (OF DELAWARE), ET AL.** | : | **MAGISTRATE JUDGE KAY** |

**JUDGMENT**

The Report and Recommendation [doc. 24] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that Plaintiff's Motion to Remand [doc. 15] is DENIED.

IT IS FURTHER ORDERED that defendant INTERNATIONAL WELL TESTERS, INC. be dismissed from this action without prejudice.

**THUS DONE AND SIGNED** in Chambers this 4th day of October, 2022.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**